NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID JUSTIN WELCH,                    )
                                       )
        Appellant,                    )
                                       )
v.                                     )            Case No. 2D19-989
                                       )
STATE OF FLORIDA,                      )
                                       )
        Appellee.                     )
_____)

Opinion filed September 4, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Donald G. Jacobsen,
Judge.

David Justin Welch, pro se.

PER CURIAM.

        Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.